IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

REVEREND DERRICK GOMEZ         )
                               )
    Plaintiff,                 )
                               )
    v.                         )    1:07CV786
                               )
EVANGELICAL LUTHERAN           )
CHURCH IN AMERICA; NORTH       )
CAROLINA SYNOD; REVEREND       )
RICHARD A. MAGNUS; BISHOP      )
LEONARD BOLICK; REVEREND       )
PHILIP TONNESEN                )
                               )
    Defendants.                )

## JUDGMENT

OSTEEN, JR., District Judge

For the reasons set forth in the memorandum opinion entered contemporaneously herewith,

IT IS THEREFORE ORDERED AND ADJUDGED that Defendants' Motion to Dismiss Under Rule 12(b) (Doc. 15) is GRANTED and this action is dismissed with prejudice.

This the 7th day of August, 2008.

                                        William L. Osteen, Jr.
                                        United States District Judge